IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANCISCO BANKS,

    Petitioner,

v.                                    Case No.  4:14cr666-MW/CAS

JULIE L. JONES,

    Respondent.
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 21, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 22.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   It is no answer that Petitioner is only challenging the denial of his motion to allow jail credit dated November 1, 2013.  This is the same issue raised by motion dated September 10, 2007, and thus the November motion was dismissed as barred by the doctrine of collateral estoppel.  The Clerk shall enter judgment stating, "Respondent's Motion to Dismiss, ECF No.

19, is **GRANTED**.  The untimely petition for writ of habeas corpus filed under 28 U.S.C. § 2254, ECF No. 1, is **DISMISSED**."  The Clerk shall close the file.

**SO ORDERED on March 15, 2016.**

<u>s/Mark E. Walker</u>       ____
**United States District Judge**